## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| RONNIE J. CRAGG, | ) | BK. NO. 3:13-bk-00498 |
| DEBRA L. CRAGG | ) | CHAPTER 7 |
| PO BOX 68067 | ) | JUDGE MARIAN F. HARRISON |
| NASHVILLE, TN 37206-8067 | ) | |
| SSN: XXX-XX-3052; XXX-XX-1481 | ) | |
| Debtor(s). | ) | |

## ORDER DELAYING CLOSURE OF CASE

It appearing to the Court that this cause came to be heard upon Debtors' Motion to Delay the Closure of their Chapter 7 case;

It further appearing that no timely objections to this Motion have been filed with this Court;

**IT IS, THEREFORE, ORDERED THAT THE CLOSURE OF THIS CASE SHALL BE DELAYED FOR AN ADDITIONAL SIXTY (60) DAYS FROM THE DATE OF ENTRY OF THIS ORDER.**

**This order was signed and entered electronically as indicated at the top of the first page.**

APPROVED FOR ENTRY:

  /s/ J. Michael Combs
**J. MICHAEL COMBS**
Attorney for Debtor(s)
700 Craighead Street, Suite 105
Nashville, TN  37204
(615) 255-7448
jmichaelcombsbk@bellsouth.net