IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

IN RE:                                    )
                                          )
RONNIE J. CRAGG and                       )      BK No. 13-00498-MH3-7
DEBRA L CRAGG,                            )
                                          )
         Debtor(s).                       )

## TRUSTEE'S REPORT OF UNCLAIMED FUNDS

Susan R. Limor, Trustee of this bankruptcy estate, reports the following:

1.    Ninety days have passed since final distribution was made in this case pursuant to 11 U.S.C. §726.  The Trustee has stopped payment on all checks remaining unpaid.  The names of the individuals or entities to whom such unnegotiated distribution checks were issued, the amount of such checks, and the last-known address of the payees are:

| **Name and Address** | **Amount** | **Claim No.** |
|---|---|---|
| Vanderbilt Hospital<br>c/o ACI<br>PO Box 148240<br>Nashville, Tennessee 37214 | $881.80 | 3 |
| Vanderbilt Hospital<br>c/o ACI<br>PO Box 148240<br>Nashville, Tennessee 37214 | $3.96 | 3I<br>(Interest on Claim 3) |

2.    The Trustee's checks, in the amounts of $881.80 and $3.96, payable to the Clerk of the U.S. Bankruptcy Court, are being submitted to the Court simultaneously with this Report.

                                  Respectfully submitted,

                                   /s/ Susan R. Limor_____
                                  Susan R. Limor, Trustee
                                  95 White Bridge Road, Suite 503
                                  Nashville, Tennessee 37205
                                  615-742-1304
                                  Fax:  615-742-0858
                                  trustee@limorlaw.com