IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

IN RE: )
)
RONNIE J. CRAGG and ) BK No. 13-00498-MH3-7
DEBRA L CRAGG, )
)
Debtor(s). )

## TRUSTEE'S REPORT OF UNCLAIMED FUNDS

Susan R. Limor, Trustee of this bankruptcy estate, reports the following:

1. Ninety days have passed since final distribution was made in this case pursuant to 11 U.S.C. §726. The Trustee has stopped payment on all checks remaining unpaid. The names of the individuals or entities to whom such unnegotiated distribution checks were issued, the amount of such checks, and the last-known address of the payees are:

| Name and Address | Amount | Claim No. |
| --- | --- | --- |
| Ronnie J. Cragg and Debra L. Cragg c/o John Michael Combs, Esquire 700 Craighead Street, Suite 105 Nashville, Tennessee 37204 | $7,997.43 | n/a (Surplus Claim) |

2. The Trustee's check in the amount of $7,997.43, payable to the Clerk of the U.S. Bankruptcy Court, is being submitted to the Court simultaneously with this Report.

Respectfully submitted,

 _/s/ Susan R. Limor_____
Susan R. Limor, Trustee
95 White Bridge Road, Suite 503
Nashville, Tennessee 37205
615-742-1304
Fax: 615-742-0858
trustee@limorlaw.com